■ In the Matter of TRACY TYLER, Respondent, v THE MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant. [45 NYS3d 784]—

Order, Supreme Court, New York County (Debra A. James, J.), entered November 16, 2015, which confirmed the report of the special referee and granted the petition for leave to commence an action against respondent (MVAIC) pursuant to Insurance Law § 5218, unanimously affirmed, without costs. Order, same court and Justice, entered February 22, 2016, which denied MVAIC's motion to reject the report of the special referee, unanimously affirmed, without costs.

By failing to object to the scope of the reference ordered by

the motion court or at the hearing, MVAIC waived its claim that the issue before the special referee was incorrectly limited and that the motion court should have broadened the issue (*see Adelaide Prods., Inc. v BKN Intl. AG*, 51 AD3d 598 [1st Dept 2008]; *Hexcel Corp. v Hercules Inc.*, 291 AD2d 222, 223 [1st Dept 2002], *lv denied* 98 NY2d 607 [2002]). The motion court providently exercised its discretion in denying MVAIC's motion to reject the referee's report on the ground of newly discovered evidence. Concur—Mazzarelli, J.P., Manzanet-Daniels, Feinman, Webber and Gesmer, JJ.